## AFFIDAVIT OF SERVICE

| Case:<br>4:26-CV-85-RPC-JMV | Court: | County: | Job:<br>16222395 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>B.C., a minor, by and through his natural parent and next friend ARMA COOPER, et al. | | Defendant / Respondent:<br>ATTALA COUNTY; et al. | |
| Received by:<br>Absolute Process LLC | | For:<br>Keith B. French Law, PLLC | |
| To be served upon:<br>DIETRICH HARMON, INDIVIDUALLY | | | |

I, Doug Whitaker, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DIETRICH HARMON, INDIVIDUALLY, 3478 Attala Rd 4173, Kosciusko, MS 39090

**Manner of Service:** Personal/Individual, Jul 1, 2026, 9:13 am CDT

**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT

**Additional Comments:**
1) Unsuccessful Attempt: Jun 26, 2026, 12:57 pm CDT at 3478 Attala Rd 4173, Kosciusko, MS 39090
Female resident states that he is currently in Mexico. I left my contact information for him.

2) Successful Attempt: Jul 1, 2026, 9:13 am CDT at 3478 Attala Rd 4173, Kosciusko, MS 39090 received by DIETRICH HARMON, INDIVIDUALLY. Age: 44; Ethnicity: African American; Gender: Male; Weight: 190; Height: 6'0"; Hair: Brown; Eyes: Brown;

_____  7-1-26
Doug Whitaker                Date

Absolute Process LLC
P.O. Box 445
Mantachie, MS 38855
6623723832

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7/1/26
Date

Commission Expires
Exp. 9/12/2028
Maycee S Price
Chickasaw County
Comm # 493054
NOTARY PUBLIC
STATE OF MISSISSIPPI